SLIP OPINION



Cite as 2016 Ark. 431

# SUPREME COURT OF ARKANSAS

| | |
|---|---|
| IN RE ARKANSAS JUDICIAL DISCIPLINE AND DISABILITY COMMISSION | **Opinion Delivered** December 1, 2016 |

**PER CURIAM**

Judge Mark Lindsay, of Fayetteville, Arkansas, and Judge David Guthrie, of El Dorado, Arkansas, are appointed to the Arkansas Judicial Discipline and Disability Commission for six-year terms to fill the expired terms of Judge Jim Spears and Judge Don Glover, to expire on December 31, 2022. We thank Judge Lindsay and Judge Guthrie for accepting these important positions.

The court thanks Judge Jim Spears and Judge Don Glover whose terms will expire on December 31, 2016, for their service to this important commission.